UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICMARIE MORALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL TRANSPORT, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:22-CV-00111-JPB |

## ORDER

The parties mediated this case with Magistrate Judge Catherine M. Salinas on August 2, 2022, and the matter settled. [Doc. 13]. In light of the settlement, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of this case, including the motion for settlement approval, within thirty days. Absent

an extension or further order of the Court, if no request to reopen the case is made within the thirty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 2nd day of August, 2022.

_____
J. P. BOULEE
United States District Judge