UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICMARIE MORALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL TRANSPORT, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:22-CV-00111-JPB |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of FLSA Release and Settlement Agreement [Doc. 16]. After review of the motion, the record and the parties' settlement agreement, this Court finds that the agreement is fair, reasonable and just. Accordingly, the parties' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the parties' settlement is approved. The parties shall file a joint stipulation of dismissal as to Plaintiff's FLSA claims within three weeks. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**SO ORDERED** this 14th day of September, 2022.

J. P. BOULEE
United States District Judge